UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARMILA SN,<br><br>        Plaintiff,<br><br>   v.<br><br>ADRIAN MATA,<br><br>        Defendant. | No. 2:22–cv–01796–KJM–CKD PS<br><br>ORDER |

     On January 9, 2023, the magistrate judge filed findings and recommendations (ECF No. 10), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

     Accordingly, IT IS HEREBY ORDERED:

     1. The findings and recommendations (ECF No. 10) are ADOPTED IN FULL;

     2. The action is DISMISSED WITH PREJUDICE;

/////

/////

3. Plaintiff's Ex Parte Motion (ECF No. 8) is DENIED AS MOOT; and

4. The Clerk of Court is directed to CLOSE this case.

DATED: March 6, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE